Louis A. Fischer, Appellant, *v.* John Johnson, Respondent.

*Fischer* v. *Johnson,* 172 App. Div. 932, affirmed.

(Argued January 16, 1919; decided February 4, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 3, 1916, affirming a judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint. Plaintiff, claiming to be a creditor of one Youngmann, sought an injunction restraining the defendant from distributing the moneys received on the sale of Youngmann's property until the claim of the plaintiff against said Youngmann was lawfully determined and demanded that the court determine the validity of plaintiff's claim and of all the other claims of creditors against Youngmann, and having so determined the claims, to direct distribution of said moneys *pro rata* among Youngmann's creditors. The court, at Special Term, held that Youngmann had simply agreed with some of his creditors that he would permit the sale of his goods by a trustee and the *pro rata* distribution of the fund among these creditors; that he had a right to pay them what he owed them; or to pay a group of them a part that he owed them, and, in the absence of a bankruptcy proceeding, there was no way that the plaintiff could prevent the consummation of that purpose.

*Morey C. Bartholomew* for appellant.

*Thomas R. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.